AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Don James

CASE NUMBER: 08 CV 4635

V.

ASSIGNED JUDGE: Judge Moran

RBS Citizens, N.A. d/b/a
Charter One Bank

DESIGNATED
MAGISTRATE JUDGE: Judge Cox

TO: (Name and address of Defendant)

RBS Citizens, N.A. d/b/a
Charter One Bank
c/o Evangelin Lomeli
Branch Manager
Two South State St.
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance Raphael
The Consumer Advocacy Center, P.C.
180 W. Washington, Ste. 700
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

August 15, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-26-08 @ 3:38 pm |
| NAME OF SERVER (PRINT) Sherry Joseph | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 71 S. Wacker Drive Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL $0 | SERVICES $0 | TOTAL $0 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-27-08
               Date

*Signature of Server*

180 W. Washington, Ste. 700
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.